IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:21-cv-01046-RBD-LRH

STEPHEN DAVIS,

    Plaintiff,

vs.

WAL-MART STORES EAST, L.P.,
and MAURICE RIVERS,

_____/

## NOTICE OF MEDIATION IMPASSE

A mediation conference was conducted on May 27, 2021; the conference resulted in an impasse as to all issues.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2021, a true and correct copy of the foregoing was electronically served via electronic mail to Jerry D. Hamilton, Esq., William Edwards, Esq. and Patricia Concepcion, Esq. at jhamilton@hamiltonmillerlaw.com; wedwards@hamiltonmillerlaw.com; pconcepcion@hamiltonmillerlaw.com; vbain@hamiltonmillerlaw.com and lejverett@hamiltonmillerlaw.com.

        **/s/ Brian M. Davis, Esq.**
        **Brian M. Davis, Esq.**
        Trial Pro, P.A.
        Florida Bar No: 884650
        250 N. Orange Avenue, 14th Floor
        Orlando, Florida 32801
        Telephone: (407) 300-0000
        **Primary E-Mail Designations:**
        Brian@TrialPro.com
        Lisa@TrialPro.com
        Attorney for Plaintiff